UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MATTHEW LANEAVE,

                                        Plaintiff

            v.

NEVADA DEPARTMENT OF
CORRECTIONS, et al.,

                                        Defendants

Case No. 3:25-cv-00508-MMD-CSD

ORDER

According to the Nevada Department of Corrections inmate database, Plaintiff is no longer incarcerated. But Plaintiff has not filed an updated address with this Court. Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." A party's "[f]ailure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. LR IA 3-1. This Court grants Plaintiff until March 9, 2026, to file his updated address with this Court.

Additionally, the Court denies Plaintiff's application to proceed *in forma pauperis* by an inmate (ECF Nos. 1, 4) as moot because Plaintiff is no longer incarcerated. If Plaintiff wants to proceed with this action, he must either pay the full $405 filing fee or file an application to proceed *in forma pauperis* for non-inmates.

It is therefore ordered that Plaintiff has **until March 9, 2026**, to file his updated address with the Court.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* by an inmate (ECF Nos. 1, 4) is denied as moot.

It is further ordered that Plaintiff has **until March 9, 2026,** to either pay the full $405 filing fee or file an application to proceed *in forma pauperis* for non-inmates.

It is further ordered that if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice.

The Clerk of the Court is directed to send Plaintiff Laneave the approved form application to proceed *in forma pauperis* by a non-prisoner with instructions.

DATED: February 9, 2026.

UNITED STATES MAGISTRATE JUDGE